UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | 4:15-CR-083-O (1) |
| | § | |
| GABRIEL POPA | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 4/21/15

Michael A. Lehmann
MICHAEL A. LEHMANN
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24048615
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

**CERTIFICATE OF SERVICE**

I, Michael A. Lehmann, hereby certify that on this the 21st day of April 2015, a copy of the foregoing notice was hand-delivered to the United States Attorney's Office at 801 Cherry Street, Ste. 1700, Fort Worth, TX 76102.

s/Michael A. Lehmann
MICHAEL A. LEHMANN